UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William Collier, Jr.,

    Plaintiff,

–v–

Njuguna J. Jacob and Jack Transport, LLC,

    Defendants.

NOV 2 1 2019

19-cv-9608 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

"For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members." *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001). A complaint or notice of removal premised on diversity of citizenship must therefore allege the citizenship of natural persons and corporations that are members of a limited liability company. *See Handelsman v. Bedford Vill. Assoc. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000); Fed. R. Civ. P. 8(a). As to parties identified to be corporations, "[f]or jurisdictional purposes, a corporation is deemed to be a citizen both of the state in which it has been incorporated and the state in which it has its principal place of business." *Advani Enters., Inc. v. Underwriters at Lloyds*, 140 F.3d 157, 161 (2d Cir. 1998).

According to the Court's Order of October 18, 2019, Plaintiff was to amend his Complaint "to allege the citizenship of each constituent person or entity comprising Jack Transport, LLC (including the state of incorporation and principal place of business of any corporate entity member)." Dkt. No. 5. As of the date of this Order, Plaintiff has amended his Complaint but failed to allege the citizenship of each of Jack Transport, LLC's members. Within twenty days of the date of this Order, Jack Transport LLC shall amend the Notice of Removal to

allege the citizenship of each constituent person or entity comprising Jack Transport LLC (including the state of incorporation and principal place of business of any corporate entity member). If, by the foregoing date, Jack Transport LLC is unable to amend to truthfully allege complete diversity of citizenship, then this action will be dismissed for lack of subject matter jurisdiction without further notice to any party.

Dated: November 21, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge